UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID PEABODY GRANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:15-cv-00390-JAW |
| | ) | |
| CAROLYN W. COLVIN,  Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 27, 2016 his Recommended Decision (ECF No. 14).   The Plaintiff filed his objections to the Recommended Decision on July 14, 2016 (ECF No. 15) and the Defendant filed her response to the objections on July 19, 2016 (ECF No. 17).   I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the
   Magistrate Judge is hereby AFFIRMED.

2.  It is further <u>ORDERED</u> that the Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 9) be and hereby is GRANTED.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 20th day of July, 2016